**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Lawrence S. Walter
United States Bankruptcy Judge

**Dated: December 07, 2009**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | CASE NO: 09-31409 |
| Steven J Jackson | (Chapter 13) |
| Sandra L Jackson | |
| Debtors | JUDGE LAWRENCE S. WALTER |
| ORDER DISMISSING CASE | T1XX7X |

The Chapter 13 Trustee reporting to the Court that the Debtors failed to timely respond to the Motion To Dismiss For Failure to Make Payments, filed on or about October 21, 2009, and the Debtors having failed to make said payment.

IT IS ORDERED that this case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ JEFFREY M. KELLNER
_____

JEFFREY M. KELLNER  0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Copies To: 09-31409

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Steven J Jackson
Sandra L Jackson
5413 Autumn Place
Dayton, OH 45414

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

0931409_155_200912021230_774/T296_ss
###